# Court of Appeals
# of the State of Georgia

ATLANTA, August 15, 2025

*The Court of Appeals hereby passes the following order:*

**A26E0025.  MARCUS JACKSON v. JACOB BEASLEY, WARDEN.**

Marcus Jackson filed pro se in this Court an original mandamus action pursuant to Court of Appeals Rule 40 (c) in an "effort to secure a certificate of probable cause pursuant to OCGA § 9-15-42 an to appeal from an advanced final order in a Habeas Corpus proceeding." Under our Constitution, the Supreme Court of Georgia has exclusive appellate jurisdiction over all cases involving habeas corpus. See Ga. Const. 1983, Art. VI, Sec. VI, Par. III (4). Accordingly, we hereby TRANSFER this case to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 08/15/2025

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, Clerk.